IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CITY OF NORFOLK, VIRGINIA et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-00436-AWA-DEM |
| ) | |
| COMMONWEALTH OF VIRGINIA, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants move to dismiss the complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The basis for this motion is set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss the Complaint.

Dated: October 22, 2019

    Respectfully submitted,

    COMMONWEALTH OF VIRGINIA, GREGORY D. UNDERWOOD, Commonwealth's Attorney for the City of Norfolk, and MARK R. HERRING, Attorney General for the Commonwealth of Virginia

    By:    /s/
       Toby J. Heytens
       Solicitor General
       Office of the Attorney General
       202 North Ninth Street
       Richmond, Virginia 23219
       (804) 786-7240 – Telephone
       (804) 371-0200 – Facsimile
       THeytens@oag.state.va.us

       Erin R. McNeil
       Assistant Attorney General
       Office of the Attorney General
       202 North Ninth Street

Richmond, Virginia 23219
(804) 692-0598 – Telephone
(804) 371-0200 – Facsimile
EMcNeill@oag.state.va.us

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2019, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will automatically effectuate service on:

Adam D. Melita, Esquire
Attorney for City of Norfolk
City Attorney's Office
810 Union Street
Norfolk, VA 23510
Phone: 757-664-4366
Fax: 757-664-4201
adam.melita@norfolk.gov

By: /s/
Toby J. Heytens